UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION
CASE NO.

UNITED STATES OF AMERICA,

       Plaintiff,

                                CIV-FERGUSON

v.

HAYDEE SOTO,

       Defendant.
_____/     MAGISTRATE JUDGE
                                SNOW

**CIVIL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____Yes _X__No

                                  Respectfully submitted,

                                  THOMAS E. SCOTT
                                  UNITED STATES ATTORNEY

                  BY:  MARY F. DOOLEY
                         ASSISTANT U.S. ATTORNEY
                         99 N.E. 4TH STREET, Suite 300
                         Miami, FL 33132
                         Tel No. (305) 961-9360
                         Fax No. (305) 530-7195
                         Bar No. A5500282

DATED  1/12/00