UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
                DIVISION
   CASE NO.

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

HAYDEE SOTO,

       Defendant.
_____/

CIV - FERGUSON

MAGISTRATE JUDGE
     SNOW

**NOTICE OF SUBMISSION OF PROPOSED CONSENT JUDGMENT**

Plaintiff United States of America, by and through THOMAS E. SCOTT, United States Attorney for the Southern District of Florida, Mary F. Dooley, Assistant U.S. Attorney, hereby notifies this Court and defendant HAYDEE SOTO that it has submitted a Proposed Consent Judgment to the Court for entry. A copy of the proposed consent judgment is attached hereto.

                        Respectfully submitted,

                        THOMAS E. SCOTT
                        UNITED STATES ATTORNEY

By: _____
MARY F. DOOLEY
Assistant U.S. Attorney
U.S. Attorney's Office
99 N.E. 4th Street - Suite 300
Miami, Florida 33132-2111
Tel. No.: (305) 961-9360
Fax No.: (305) 530-7195
Bar No. A5500282

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this /2 day of January, 2000 to:

Haydee Soto
2280 Plum Court
Pembroke Pines, Florida 33026

MARY F. DOOLEY
Assistant U.S. Attorney