## ABSTRACT OF JUDGMENT
## NOTICE

99-26466

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien ould be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or cumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by ing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court proves the renewal, the lien shall relate back to the date the judgment is filed.

CASE NO. 00-06065-CIV-FERGUSON

| Name and address of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| IAYDEE SOTO<br>280 Plum Court<br>PEMBROKE PINES, FL 33026<br>SS# 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 | UNITED STATES OF AMERICA |

| Amount of Judgment | Names of Creditor's Attorneys | When Docketed |
|---|---|---|
| $5038.67, plus pre-judgment interest at 11.40% to the date of judgment entry, plus interest at 5.997% since the date of judgment entry. | THOMAS E. SCOTT<br>UNITED STATES ATTORNEY<br>FOR THE SOUTHERN DISTRICT OF FLORIDA<br>99 NE 4TH STREET<br>3RD FLOOR<br>MIAMI, FL 33132-2111<br>ATTN: FINANCIAL LITIGATION UNIT | |

UNITED STATES OF AMERICA    CLERK'S OFFICE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

S.

**I CERTIFY,** That the foregoing is a correct **Abstract of the Judgment** entered or registered by this Court.

Dated: MARCH 2, 2000

CLARENCE MADDOX
Court Administrator\Clerk of the Court

By _____,
Deputy Clerk